IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY PALMER,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 21-CV-2906<br>: |
| PHA, *et al.*,<br>    Defendants. | :<br>: |

## ORDER

AND NOW, this **17th** day of **August, 2021**, upon consideration of Plaintiff Danny Palmer's Amended Complaint (ECF No. 12) it is **ORDERED** that:

1. The Clerk of Court shall **AMEND** the docket to reflect the following Defendants as named in the caption of the Amended Complaint: (1) PHA; (2) Nadine Stevenson; (3) Stevenson's supervisor on December 9, 2019; (4) Unknown Supervisor; (5) Karen Simmons; (6) Paula Patrick; and (7) Tiffany Fox Worthless.

2. The Amended Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

    b. Palmer's state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

    c. Palmer's remaining federal claims are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall **CLOSE** this case.

                                                   **BY THE COURT:**

                                                   */s/ Eduardo C. Robreno*
                                                   **EDUARDO C. ROBRENO, J.**